IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WARREN D. CROZIER, for minor A.C., and PAULA M. CROZIER, for minor A.C., | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:18CV541 |
| v. | ) ) ) | |
| WESTSIDE COMMUNITY SCHOOL DISTRICT, WESTSIDE MIDDLE SCHOOL, ELIZABETH MEYERS, English Teacher, RUSSELL OLSEN, Principal Westside Middle School, ENID SCHONEWISE, Assistant Superintendent, and BLANE MCCANN, Superintendent, | ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) ) | |

Plaintiff Paula M. Crozier, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff Paula M. Crozier is advised that the next step in her case will be for the court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

DATED this 26th day of November, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge