IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WARREN D. CROZIER, for minor A.C.; and PAULA M. CROZIER, for minor A.C.;<br><br>Plaintiffs,<br><br>vs.<br><br>WESTSIDE COMMUNITY SCHOOL DISTRICT, WESTSIDE MIDDLE SCHOOL, ELIZABETH MEYERS, English Teacher, Westside Middle School, in her Individual and Official Capacities; RUSSELL OLSEN, Principal, Westside Middle School, in his Official Capacity Only; ENID SCHONEWISE, Assistant Superintendent, Westside Community School District, in her Official Capacity Only; and BLANE MCCANN, Superintendent Westside Community School District, in his Official Capacity Only;<br><br>Defendants. | **8:18CV541**<br><br>**ORDER** |

After conferring with counsel, IT IS ORDERED:

1) Defendants' motion to voluntarily withdraw the portion of their motion to dismiss seeking dismissal pursuant to 28 U.S.C. § 1915(e) (Filing No. 48) is granted. No other basis for dismissal contained Defendants' Motion to Dismiss (Filing No. 37) is affected by this order.

2) In light of the foregoing, the telephonic conference currently scheduled for March 10, 2021 at 11:30 a.m. before the undersigned magistrate judge is cancelled.

Dated this 9th day of March, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge