IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WARREN D. CROZIER, for minor A.C.; and PAULA M. CROZIER, for minor A.C.;<br><br>Plaintiffs,<br><br>vs.<br><br>WESTSIDE COMMUNITY SCHOOL DISTRICT, et al.;<br><br>Defendants. | 8:18CV541<br><br>**ORDER** |

The minor plaintiff becomes an adult on October 14, 2021.

Accordingly,

IT IS ORDERED:

1) Plaintiff's appointed counsel will confer with the minor plaintiff after A.C. becomes an adult and determine whether she wishes to pursue this case in her own name.

2) On or before October 25, 2021, Plaintiff's counsel shall file a notice with the court stating whether A.C. will be pursuing this case as an adult.

3) The clerk shall set an internal case management deadline of October 25, 2021 to confirm the notice has been timely filed.

4) Any changes in the discovery and dispositive motion deadlines, if any, will be discussed during the conference with the parties which has already been set for November 16, 2021.

Dated this 21st day of September, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge