IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WARREN D. CROZIER, for minor A.C.; and PAULA M. CROZIER, for minor A.C.;<br><br>Plaintiffs,<br><br>vs.<br><br>WESTSIDE COMMUNITY SCHOOL DISTRICT, ELIZABETH MEYERS, In her individual capacity; RUSSELL OLSEN, in his individual capacity; ENID SCHONEWISE, in her individual Capacity; and BLANE MCCANN, in his individual capacity;<br><br>Defendants. | 8:18CV541<br><br>**ORDER** |

Plaintiff's counsel filed a motion to extend the deadline for amending pleadings or adding parties. (Filing No. 76). During a conference call on this motion, Plaintiff's counsel explained that the minor Plaintiff, A.C., would reach the age of majority in mid-October, 2021 and as of that date, could be identified as a named plaintiff. Counsel also explained that she is currently appointed to represent only the parents on behalf of the minor plaintiff. The court ordered Plaintiff's counsel to discuss the matter with A.C. after she becomes an adult, and on or before October 25, 2021, advise the court on whether A.C intends to pursue this case as an adult. (Filing No. 77).

Upon receipt of notice that Abby Crozier (A.C.) will continue pursuing this litigation as an adult, (Filing No. 78),

IT IS ORDERED:

1) Plaintiff's motion to extend the deadline for moving to amend the pleadings, (Filing No. 76), is granted.

2) On or before November 5, 2021, Plaintiff may move to file a Second Amended complaint which identifies Abby Crozier, Warren D. Crozier, and Paula M. Crozier as named plaintiffs, identifying therein the damages and/or remedy each respective plaintiff is seeking in this case.

3) Abby Crozier is a named plaintiff, and she replaces Warren D. Crozier, for minor A.C., and Paula M. Crozier, for minor A.C., as plaintiffs. The clerk shall modify the docket accordingly.

4) Abby Osborn's court appointment extends to representing the interests of Abby Crozier, Warren D. Crozier, and Paula M. Crozier in this case.

Dated this 25th day of October, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge