IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WARREN D. CROZIER, <br> PAULA M. CROZIER, and <br> ABBY CROZIER, <br>                  Plaintiffs, <br> vs. <br> WESTSIDE COMMUNITY SCHOOL DISTRICT; WESTSIDE MIDDLE SCHOOL; ELIZABETH MEYERS, English Teacher; RUSSELL OLSEN, Principal Westside Middle School; ENID SCHONEWISE, Assistant Superintendent; and BLANE MCCANN, Superintendent, <br>                  Defendants. | Case No. 8:18CV541 <br><br> MOTION TO WITHDRAW |

COMES NOW the Plaintiffs, Warren D. Crozier and Paula M. Crozier, and Abby Crozier by and through their attorney, Abby Osborn, and moves this Court to allow Ms. Osborn to withdraw from this matter pursuant to Rules of Professional Conduct § 3-501.16 and seeks to withdraw for good cause found under Rule of Professional Conduct § § 3-506.2.

Counsel would respectfully request leave to withdraw. Counsel would request that any hearing on the *Motoin* be held in absentia of Defense Counsel in order to protect the interests of the Plaintiffs.

1

Dated this 5th day of November, 2021.

                WARREN D. CROZIER, PAULA M.
                CROZIER and ABBY CROZIER, Plaintiffs,

By: /s/ Abby Osborn_____
    Abby Osborn, #24527
    Shiffermiller Law Office, P.C., L.L.O.
    1002 G Street
    Lincoln, Nebraska 68508
    402-484-7700
    402-484-7714 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2021, I electronically filed the foregoing Motion to Withdraw with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Casandra M. Langstaff
    Margaret C. Hershiser
    John M. Lingelbach
    Koley Jessen P.C., L.L.O.
    One Pacific Place, Suite 800
    1125 South 103rd Street
    Omaha, Nebraska 68124-1079
    Casandra.Langstaff@koleyjessen.com
    Margaret.Hershiser@koleyjessen.com
    John.Lingelbach@koleyjessen.com

And by email to:

    Warren Crozier
    Paula Crozier
    Abby Crozier

                /s/ Abby Osborn_____
                    Abby Osborn