IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WARREN D. CROZIER, PAULA M. CROZIER, and ABBY CROZIER, <br><br>　　　　　Plaintiffs, <br><br>vs. <br><br>WESTSIDE COMMUNITY SCHOOL DISTRICT; WESTSIDE MIDDLE SCHOOL; ELIZABETH MEYERS, English Teacher; RUSSELL OLSEN, Principal Westside Middle School; ENID SCHONEWISE, Assistant Superintendent; and BLANE MCCANN, Superintendent, <br><br>　　　　　Defendants. | ) ) ) ) ) Case No. 8:18CV541 ) ) ) ) MOTION TO SEAL ) ) ) ) ) ) ) ) ) ) ) ) |

　　COMES NOW Abby Osborn, attorney at law, and requests this Court to issue an Order pursuant to the E-Government Act sealing the sealed notice on motion to withdraw filed by counsel, as this document contains protected information.

　　Dated November 5, 2021

　　　　　　　　　　　　　　　　　　WARREN D. CROZIER, PAULA M.
　　　　　　　　　　　　　　　　　　CROZIER, AND ABBY CROZIER
　　　　　　　　　　　　　　　　　　PLAINTIFFS,

　　　　　　　　　　　　　　　　　　By s/Abby Osborn
　　　　　　　　　　　　　　　　　　Abby Osborn, #24527
　　　　　　　　　　　　　　　　　　Shiffermiller Law Office, P.C., L.L.O.
　　　　　　　　　　　　　　　　　　1002 G. Street

1

Lincoln, NE 68516

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 5, 2021, I electronically filed the foregoing Motion to Seal with the Clerk of the Court using the CM/ECF system, and has sent copy of this notice to the following via email:

Warren Crozier
Paula Crozier
Abby Crozier

                                      /s/ Abby Osborn_____
                                         Abby Osborn