IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WARREN D. CROZIER, PAULA M. CROZIER, and ABBY CROZIER, <br><br> Plaintiffs, <br><br> vs. <br><br> WESTSIDE COMMUNITY SCHOOL DISTRICT, ELIZABETH MEYERS, In her individual capacity; RUSSELL OLSEN, in his individual capacity; ENID SCHONEWISE, in her individual Capacity; and BLANE MCCANN, in his individual capacity; <br><br> Defendants. | **8:18CV541** <br><br> **ORDER** |

This matter comes before the Court for consideration of the following: Plaintiff's Notice of Intention, Filing No. 78; Motion to Amend Pleadings, Filing No. 81, Attorney Abby Osborn's Motion to Withdraw, Filing No. 82; and Sealed Notice on Motion to Withdraw, Filing No. 84.

Plaintiff Abby Crozier is no longer a minor and has notified the Court she intends to continue this litigation. Counsel filed a motion to amend the complaint to reflect the change in parties and the resultant prayer for relief. The plaintiffs agree to the substance of the Second Amended Complaint, Filing No. 81, Attachment #1. Judge Zwart granted the motion to amend, Filing No. 90. The proposed Second Amended Complaint will be filed by the Clerk of Court as a separate docket entry. The Defendants may file responsive pleadings accordingly.

On November 15, 2021, the Court conducted a sealed hearing concerning counsel's motion to withdraw. The Court is satisfied that counsel's withdrawal is

1

appropriate and does not prejudice the plaintiffs' litigation. The Court finds that the lawyer/client relationship with all the plaintiffs is not tenable and all the plaintiffs and counsel agree that counsel may withdraw.

IT IS THEREFORE ORDERED:

1. The Clerk's office is directed to file Plaintiffs' Second Amended Complaint (Attachment #1 of Filing No. 81) as a separate docket entry.

2. Counsel's motion to withdraw, Filing No. 82, is granted. The Clerk's office is directed to reflect that the plaintiffs will represent themselves pro se.

3. This matter is referred to the Magistrate Judge for further progression.

Dated this 16th day of November, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge