IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WARREN D. CROZIER, PAULA M. CROZIER, for minor A.C.; and ABBY CROZIER,<br><br>        Plaintiffs,<br><br>    vs.<br><br>WESTSIDE COMMUNITY SCHOOL DISTRICT, ELIZABETH MEYERS, In her individual capacity; RUSSELL OLSEN, in his individual capacity; ENID SCHONEWISE, in her individual Capacity; and BLANE MCCANN, in his individual capacity;<br><br>        Defendants. | **8:18CV541**<br><br><br>**ORDER** |

After conferring with the plaintiffs and counsel for the defendants,

IT IS ORDERED:

1)    Defendants shall file a renewed motion for protective order (or for reconsideration of the current order), on or before January 18, 2022. Plaintiffs' response shall be filed on or before February 8, 2022, with any reply due on or before February 15, 2022.

2)    Unless and/or until the court withdraws or modifies the current protective order, it remains fully in effect.

3)    As to the written discovery previously served on Plaintiffs, Plaintiffs' deadline for answering the interrogatories (signed under oath by each plaintiff) and responding to the requests for production is extended to January 25, 2022.

4)    Defendants' deadline for responding to the requests for production previously served by Plaintiffs is extended to two weeks following the court's ruling on the renewed motion for protective order.

Dated this 4th day of January, 2022.        BY THE COURT:

                                *s/ Cheryl R. Zwart*
                                United States Magistrate Judge