IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WARREN D. CROZIER, PAULA M. CROZIER, for minor A.C.; and ABBY CROZIER,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>WESTSIDE COMMUNITY SCHOOL DISTRICT, ELIZABETH MEYERS, In her individual capacity; RUSSELL OLSEN, in his individual capacity; ENID SCHONEWISE, in her individual Capacity; and BLANE MCCANN, in his individual capacity;<br><br>　　　　　Defendants. | **8:18CV541**<br><br>**ORDER** |

The court received the attached email today. As to at least a portion of the email, the defendant is entitled to an opportunity to respond before the court enters an order.

Accordingly,

IT IS ORDERED:

1) The court will not respond to the email received in chambers. Instead, Plaintiffs must file a formal motion to obtain the relief or responses requested in the attached email.

2) As stated in our local rules, Defendants' response to Plaintiffs' motion must be filed on or before 14 days after the motion was failed, with any reply filed seven (7) days thereafter.

January 21, 2022.　　　　　　　　　　BY THE COURT:
　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

| | |
|---|---|
| **From:** | Paula Crozier |
| **To:** | zwart@ned.uscourts.gov; Abby Crozier; Warren Crozier; John M. Lingelbach; Casandra Langstaff |
| **Subject:** | Re: Requests for further information |
| **Date:** | Friday, January 21, 2022 1:58:55 PM |

**CAUTION - EXTERNAL:**

Judge Zwart,

We would like to have the following to keep our filings cohesive and are requesting the following. Would you please direct me to whom would be able to get these tasks taken care of?

1. The last order was only mailed to Warren Crozier. Usually both Abby and I, Paula Crozier, also receive our own copies. We'd like to keep it that way to ensure we all receive the correct and same information, especially since Abby Crozier is the primary plaintiff.

2. The emailed audio file for our 1/4/22 teleconference stated that there was an audio attachment. There wasn't one. Additionally, on pacer.gov, the notification in the history/documents for that file state it also has an audio file, however, there is not anything to download. We are requesting that the court email the audio file.

3. Why was this teleconference audio file placed on pacer, but all other audio teleconferences between both the defendants' counsel and previous counsel Osborn, not placed on Pacer? We'd like transcripts and/or audio files of all the conferences, so we may be informed of exactly what was communicated and decided for our case.

4. Also, we will be submitting a Motion to Extend on providing evidence to the defendants until the Protection Order is decided. We will answer the defense's interrogatories on 1/25/22, however, we firmly believe that we deserve to be on a level playing field as currently the defense would be able to view all our evidential records while we would still be unable to view theirs until the protection order is reviewed.

If you have any questions, please don't hesitate to email them back to us so we may answer in writing to the court.

Thank you!
Abby Crozier
Paula Crozier
Warren Crozier

Paula M. Crozier

*This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.*

- 
- 
- 
- 

Paula M. Crozier

*This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.