IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WARREN D. CROZIER, PAULA M. CROZIER, for minor A.C.; and ABBY CROZIER,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTSIDE COMMUNITY SCHOOL DISTRICT, ELIZABETH MEYERS, In her individual capacity; RUSSELL OLSEN, in his individual capacity; ENID SCHONEWISE, in her individual Capacity; and BLANE MCCANN, in his individual capacity;<br><br>Defendants. | 8:18CV541<br><br>**ORDER** |

After Plaintiffs' prior appointed counsel was granted leave to withdraw, Plaintiffs filed the pending Motion for Appointment of Counsel (Filing No. 110). The court will grant the motion.

IT IS ORDERED that Plaintiffs' Motion for Appointment of Counsel (Filing No. 110) is granted as follows:

1. With the court's sincere thanks for accepting the appointment, Ari Reikes and the Gross, Welch, Marks, Clare law firm are hereby appointed to represent Plaintiffs in this matter.

2. Mr. Reikes and/or any other counsel from his law firm are directed to promptly enter their appearance as counsel in this case.

3. Upon entry of counsel's appearance in CM/ECF, the Clerk of Court shall immediately pay from the Federal Practice Fund the sum of $1,000 to the Gross, Welch, Marks, Clare law firm.

4. A second and last installment of $1,000 shall become due and payable to the Gross, Welch, Marks, Clare law firm upon the entry of judgment or other closing documents in the case.

5. Subject to the prior approval of the court, counsel may incur reasonable expenses when representing Plaintiffs in accordance with the [Amended Plan for the Administration of the Federal Practice Fund and the Federal Practice Committee](). See also NEGenR [1.7]()(g) and NECivR [54.3]() & [54.4]().

6. Should Plaintiffs prevail, and counsel be awarded attorney fees and expenses that exceed $2,000 plus expenses, counsel shall reimburse the Federal Practice Fund for the fees and expenses paid from the fund.

7. Counsel's appointment will not extend to any appeal after trial.

Dated this 17th day of February, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge