IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WARREN D. CROZIER, PAULA M. CROZIER, for minor A.C.; and ABBY CROZIER, | **8:18CV541** |
| Plaintiffs, | |
| vs. | **ORDER** |
| WESTSIDE COMMUNITY SCHOOL DISTRICT, ELIZABETH MEYERS, In her individual capacity; RUSSELL OLSEN, in his individual capacity; ENID SCHONEWISE, in her individual Capacity; and BLANE MCCANN, in his individual capacity; | |
| Defendants. | |

Plaintiffs' newly appointed counsel will need time to review this case before responding to Defendants' motion for protective order and their written discovery.

Accordingly,

IT IS ORDERED:

1)   Plaintiffs' response to Defendants' motion for protective order, (Filing No. 106), shall be filed on or before March 10, 2022.

2)   Plaintiffs' motion, (Filing No. 109), is granted, and the deadline for providing answers to Defendants' interrogatories and responses to document production requests is extended to April 1, 2022.

Dated this 18th day of February, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge