IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WARREN D. CROZIER, PAULA M. CROZIER, and ABBY CROZIER<br><br>Plaintiffs,<br><br>vs.<br><br>WESTSIDE COMMUNITY SCHOOLS DISTRICT; ELIZABETH MEYERS, In her individual capacity; RUSSELL OLSEN, in his individual capacity; ENID SCHONEWISE, in her individual capacity, and BLANE MCCANN, in his individual capacity;<br><br>Defendants. | Case No. 8:18CV541-JFB-CRZ<br><br>PLAINTIFFS' INDEX OF EVIDENCE IN RESPONSE TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER |

Plaintiffs Warren D. Crozier, Paula M. Crozier and Abby Crozier ("Plainitffs") hereby submit the following evidentiary material in response to Defendant's Motion for Protective Order:

A. A true and correct copy of the Declaration of Ari D. Riekes containing the following exhibits:

1. Exhibit 1, email correspondence between Defendant's counsel and Plaintiffs' previous attorney (10 pages).
2. Exhibit 2, Defendants' written responses to Plaintiff's First Set of Production Requests (6 pages).
3. Exhibit 3, a document bates-stamped Westside 000000010 (Filed under seal).
4. Exhibit 4, a document bates-stamped Westside 000000044 (Filed under seal).
5. Exhibit 5, pages bates-stamped Westside 000000212-227 (16 pages) (Filed under seal).

1

6. Exhibit 6, a document bates-stamped Westside 000000253 (Filed under seal).
7. Exhibit 7, pages bates-stamped Westside 000000469-490 (22 pages) (Filed under seal).
8. Exhibit 8, a document bates-stamped 000000095 (Filed under seal).
9. Exhibit 9, pages bates-stamped Westside 000000235-250, Westside 000000492-497, and Westside 000000271 (23 pages) (Filed under seal).
10. Exhibit 10, Proposed Protection Order.
11. Exhibit 11, Email and attachment from Defendants' counsel (6 pages).

DATED this 10th day of March, 2022.

        WARREN D. CROZIER, PAULA M. CROZIER, and ABBY CROZIER, Plaintiffs.

By:   /s/Ari D. Riekes
       Ari D. Riekes #23096
       Kristina B. Murphree, #18373
       GROSS WELCH MARKS CLARE, PC, LLO
       1500 Omaha Tower
       2120 South 72nd Street
       Omaha, Nebraska 68124
       Phone: 402-392-1500
       Fax:   402-392-8101
       E-Mail:   ariekes@gwmclaw.com
                  kmurphree@gwmclaw.com
       Attorneys for Plaintiff

## Certificate of Service

  I hereby certify that on March 10, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Cassandra M. Langstaff: Cassandra.langstaff@koleyjessen.com
Margaret C. Hershiser: Margret.hershiser@koleyjessen.com
John M. Lingelbach: John.Lingelbach@koleyjessen.com