IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WARREN D. CROZIER, PAULA M. CROZIER, and ABBY CROZIER<br><br>Plaintiffs,<br><br>vs.<br><br>WESTSIDE COMMUNITY SCHOOLS DISTRICT; ELIZABETH MEYERS, In her individual capacity; RUSSELL OLSEN, in his individual capacity; ENID SCHONEWISE, in her individual capacity, and BLANE MCCANN, in his individual capacity;<br><br>Defendants. | Case No. 8:18CV541-JFB-CRZ<br><br>PLAINTIFFS' UNOPPOSED MOTION TO FILE EXHIBITS UNDER SEAL |

  Plaintiffs Warren D. Crozier, Paula M. Crozier and Abby Crozier ("Plaintiffs") respectfully ask the Court for leave to file certain exhibits to their Index of Evidence, Doc. #123 in Response to Defendants' Motion for Protective Order, Doc. #106, under seal pursuant to NECivR 7.5.  The exhibits to be under seal are:  Exhibits 3 through 9 to the Declaration of Ari D. Riekes.

  These exhibits have been designated by Defendants as "For Attorneys' Eyes Only" pursuant to a Protective Order that had been issued by this Court, Doc. # 71.

  Defendants' counsel has advised that they have no objection to this Motion.

  WHEREFORE, Plaintiffs respectfully request that this Court grant their Motion to File Exhibits 3 through 9 to the Declaration of Ari D. Riekes under seal for the reasons stated herein.

  DATED this 10th day of March, 2022.

                    WARREN D. CROZIER, PAULA M. CROZIER,
                    and ABBY CROZIER, Plaintiffs.

1

        By:    /s/Ari D. Riekes
              Ari D. Riekes #23096
              Kristina B. Murphree, #18373
              GROSS WELCH MARKS CLARE, PC, LLO
              1500 Omaha Tower
              2120 South 72nd Street
              Omaha, Nebraska 68124
              Phone: 402-392-1500
              Fax:   402-392-8101
              E-Mail:    ariekes@gwmclaw.com
                                 kmurphree@gwmclaw.com
              Attorneys for Plaintiff

### **Certificate of Service**

      I hereby certify that on March 10, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Cassandra M. Langstaff:  Cassandra.langstaff@koleyjessen.com
Margaret C. Hershiser:    Margret.hershiser@koleyjessen.com
John M. Lingelbach:       John.Lingelbach@koleyjessen.com