# Westside School's Teacher Now Reported To Police

email:                                    Tuesday, August 13, 2019 at 9:37:23 AM Central Daylight Time
"justiceforeverystudent@gmail.com Classroom Ethics"
To: email: "Schonewise.Enid@westside66.net"

Hello Everyone,

Although we had done a fair amount of homework on Westside 8th Grade Middle School Teacher, Elizabeth Meyers, someone recently brought to our attention very disturbing posts written by the Westside teacher. If anyone reading this does not believe them to be extremely disturbing, please be the first to help us see it differently....but frankly, these posts by Elizabeth Meyers are indisputable.

Obviously, we will be reporting these to the authorities as they contain pedophilic commentary centered around Liz Meyers' infatuations of young students such as "black people with visible underwear," and "overly developed preteens". These online confessions written by Elizabeth Meyers are disgusting and sickening. In her online confessions Meyers states graphic and



**EXHIBIT**

**7**

Westside-000000469
Highly Confidential

dangerous verbiage concerning her pedophile desires. This school teacher, Elizabeth Meyers, has no right to be around children and those people who disagree should come forth and explain to us a family that has already been abused by her, how we are wrong.

In one instance, a previous student, a boy, is included in Meyers' desire to return to Virginia, seek the boy out and reunite with him. We are also having the police notify his parents of this.

In previous said public online entry, Meyers states, "she likes to be asked tough questions in front of many people..." yet she hides when we asked her to answer questions from 2+ years ago and again over just 2 months ago. We invited Meyers and her lawyers - even the rest of the school staff for a formal sit down to get answers but they chose to hide. This is another example of Meyers' and Westside's lack of honesty and integrity.

Forthright they are not! It should be understood that these "educators" are your children's school's leadership, right in front of you. These "educators" we have called out by name have no respect for the students or the families or shame.

Warning, again, these comments are pedophilic in nature and right out creepy! Certainly if this was a male teacher he would be charged before anyone even finishes this email, but here in this teacher will be held accountable and the authorities will do what they are here to do.

We are providing photographic evidence in this email to prove to you that she has consistently violated her Nebraska Department of Education Code of Ethics in many areas.

What we found is so unconscionable, so amoral, but this did not surprise us as after all this teacher is extremely reckless and dangerous. These are Meyers' own posts, shared posts and commented posts. We have not altered them any of them in any way. They are direct screenshots of teacher, Elizabeth Meyers' own posts from her own social media.

WARNING!
Keep in mind that Meyers' is still as of today allowed teaching children and is unsupervised, unfettered in her political rants and now is exposed of her pedophile posts!

Westside-000000470
Highly Confidential

Please feel free to forward this email (with the following attachments) to the authorities and other vulnerable and unknowing families with students that attend Westside Middle School. Email the authorities the dismay you have for someone you trust to leave your child with everyday. Those who should hear from you are Sara Hulac, attorney for the Department of Education and other Department of Education leaders.

Obviously, her online posts and actions are unacceptable, and we believe they speak for themselves.

Thank you

**6:38**



‹   Q   Elizabeth Meyers



*i*

DAMEMAGAZINE.COM
**This Is What It Means For Me To Teach Your White, Privileged Kids**

 6                          3 Comments  1 Share

↗ Share

 **Elizabeth Meyers**                    •••
December 3, 2014 · La Vista, NE · 🌐

As an educator in a digital age, it is becoming harder and harder to justify the notion of police as protectors every day.

Westside-000000471
Highly Confidential

12/27/2019
Google Vault - Westside School's Teacher Now Reported To Police

 3

 Share



**Elizabeth Meyers**
November 30, 2014 · 🌐

•••

Benjamin Cline





163391

✕ 🔒 lusichkamarie.blogspot.com •••

Home ▼

**Sunday, September 29, 2013**

# Anthony

Two years ago, one of my students - a charming, awkward, and a bit excessively good looking kid named Anthony cornered me at my desk and,

stumbling and humbling his way through it asked me

https://ediscovery.google.com/discovery/u/0/DisplayMessage?hl=en&m=71105728-09c6-4611-942a-3e78b49cf864&at=ACD7onqEYWpOMaEgmFjC9XTxBNyqQ...  4/22

Westside-000000472
Highly Confidential

stumbling and bumbling his way through it, asked me why I wasn't married. He said that I was unusual - not in a bad way, but that there was something about me that was different. Like I didn't need a man. Didn't I want children? Didn't I want to get married?

And yes. Of course I do.

Looking back at my life so far, there were paths I travelled that could have included marriage. But they weren't right at the time. I chose me over that particular brand of 'we'. There were so many missteps along the way. Things that I probably should have and could have done differently. But I don't believe in regret. I did what I thought was best at the time. That's that.

I remember telling Anthony that I wanted to be sure. That I wanted to make sure I didn't make a bad choice. That my happiness was important to me. And that I wanted to have children who could have a happy life as well. I'm not sure Anthony really understood my answer. To be fair, I'm still not exactly sure I understand the big picture of what he was asking.

Anthony is one of my most favorite students I have ever had. Not because he was my best student. He was not. Eloquent, he was not. But ballsy? You be
Here was a kid who after just a few months of



lusichkamarie.blogspot.com

Westside-000000473
Highly Confidential

Anthony is one of my most favorite students I have ever had. Not because he was my best student. He was not. Eloquent, he was not. But ballsy? You bet. Here was a kid who after just a few months of knowing me, looked me straight in the face and asked a most personal question. In front of the entire class. Not because he was trying to be disrespectful, or intrusive, but because he was interested. In the course of a few moments - awkward and unexpected though they were - Anthony cut me to the quick and called me out on something important. And I have the utmost respect for him for that. Anthony is someone I miss every single day. He's one of a select few kids I want to go back to Virginia to visit. I want to see who he grows up to be. I'd love to have a kid who turns out just like him. Even at his worst, most awkward, most fumbling and bumbling.

Today at lunch, I watched a family of 6 - two parents and four very young children - get their seats at a restaurant. One of the children was screaming. The dad tried to appease her. The mom, was not pleased with his efforts or her screaming. When another child spoke, the mother stated - loudly and with such scorn in her voice, that the kid was "just like your father. Just another worthless liar." The boy was maybe 5. The father was right there. Despite the initial horror, more than anything else, in that moment I felt so very thankful. Thankful that I didn't grow up in a family like that. That I have people around me who would NEVER speak to each other, their spouses, or their children in that way.



Westside-000000474
Highly Confidential

12/27/2019

Google Vault - Westside School's Teacher Now Reported To Police



✕   🔒 lusichkamarie.blogspot.com   •••

children in that way.

But surprisingly - or perhaps not so surprisingly - it made me want nothing more than to transport myself back to Virginia and back to Anthony. I'm so thankful for him. For being someone in my life - if only for a brief time, who can remind me that it's ok to be a bit different for the sake of my own happiness. Who reminds me every single time I think of him why I am a teacher, and why, despite all the ugliness and contempt and bitterness out in the world, I do still want to get married. Why I do still want kids. I want the kids - students and my own - who ask the questions all around me. Who put me on the spot and ask the tough questions - *especially* when others are watching. Who maybe stumble on the words and who sometimes don't make any. flipping. sense. But who care enough to raise their voice. Who care enough to climb on a lap a tell a story from their day. Who care enough to remember that I am a person with very real wants and needs and desires. Who care enough to show that they are confused or concerned. Who want me to be happy. Even if I am single. And in my thirties. And perhaps a bit feistier than is altogether helpful or necessary.

For Anthony, I am so very grateful.



Westside-000000475
Highly Confidential



Westside-000000476
Highly Confidential

12/27/2019                    Google Vault - Westside School's Teacher Now Reported To Police



✕          🔒 lusichkamarie.blogspot.com                    •

enough to remember that I am a person with very real
wants and needs and desires. Who care enough to
show that they are confused or concerned. Who want
me to be happy. Even if I am single. And in my
thirties. And perhaps a bit feistier than is altogether
helpful or necessary.

For Anthony, I am so very grateful.



Westside-000000477
Highly Confidential

Google Vault - Westside School's Teacher Now Reported To Police

**7:17**



< 🔍  Elizabeth Meyers



March 2, 2010 · 🌐

## ... All tuckered out

4 Comments

⤳ Share



**Elizabeth Meyers**   •••
March 1, 2010 · 🌐

Procrastination is like masterbation. Tons of fun... until you
realize you're only effing yourself.

👍 2                              2 Comments

⤳ Share



**Elizabeth Meyers**   •••
February 28, 2010 · 🌐

# Trader joes popped potato chips are a
# revelation.

⤳ Share



**Elizabeth Meyers**   •••
February 28, 2010 · 🌐

# Is loving trader joes.

Westside-000000478
Highly Confidential

12/27/2019

Google Vault - Westside School's Teacher Now Reported To Police



👍 2                                                3 Comments

↪ Share

6:47

**Elizabeth Meyers**
June 23, 2014 · Severn, MD · 🌍                    •••

Things I've missed about the east coast already include but are not limited to: black people. And visible underwear. Extra points if in combination.

↪ Share

👍 11

**Elizabeth Meyers**
Also trees.

5y

**Elizabeth Meyers**
Public transportation, graffiti, overly developed preteens, and democrats.

5y                                       1

**Kathryn Onorato**
Can't wait to see the list by the end of the week! Lol

Westside-000000479
Highly Confidential

12/27/2019

Google Vault - Westside School's Teacher Now Reported To Police

5y



**Heather Mogue**
Oh and just wait till you hit NOVA traffic!
Fun times. 😉

5y



**Jessica Needles**
Wait, you MISS visible underwear?

5y



**Jessica Ferro**
you should come to my office, because
apparently it is completely appropriate to

     



7:35

**‹**  **Elizabeth Meyers**
June 23, 2014 · Severn, MD · 🌐 ···



**Heather Mogue**
Oh and just wait till you hit NOVA traffic!
Fun times. 😉

5y



**Jessica Needles**
Wait, you MISS visible underwear?

5y

**Jessica Ferro**
you should come to my office, because

https://ediscovery.google.com/discovery/u/0/DisplayMessage?hl=en&m=71105728-09c6-4611-942a-3e78b49cf864&at=ACD7onqEYWpOMaFgmFjC9XTxBNyq...   12/22

Westside-000000480
Highly Confidential

12/27/2019          Google Vault - Westside School's Teacher Now Reported To Police

apparently it is completely appropriate to
wear see through white pants with neon
green underwear...

5y



Justin Holling-Karas
Taking notes of all these to prep for your
return. 

5y                                     3



Micole Harms-Brazell
Bwahahahaha!

5y



Elizabeth Meyers
And yes Needles. Yes I do.

5y



Mark Mosko
note to self: go commando instead of
wearing neon green underwear.

5y

            ☰

7:09                              .ıl 🖐 🔋

      Elizabeth Meyers
                        August 13, 2010 · 🌐              •••

there is a special place in hell reserved for those disgusting,
oft enormously overweight and otherwise skeezy men who

Westside-000000481
Highly Confidential

12/27/2019   Google Vault - Westside School's Teacher Now Reported To Police

get right in a girls face and explain, "man, I ain't never be bangin' this girl... she be smthin uuuuugly".   Self esteem.... way up.

 Share

 3



**Brian Patrick Heffron**
That man was on my short bus. He is way off base.

8y



**Sarah Mitra**
Most men have no idea how repulsive they actually are...yuck!

8y



**Bob Meyers**
Someone else being an ass shouldn't impact your self-esteem.  Why give the SOB any thought?

8y                                         1

        

https://ediscovery.google.com/discovery/u/0/DisplayMessage?hl=en&m=71105728-09c6-4611-942a-3e78b49cf864&at=ACD7onqEYWpOMaFgmFjC9XTxBNyq...   14/22

Westside-000000482
Highly Confidential

Google Vault - Westside School's Teacher Now Reported To Police

7:18

 **Elizabeth Meyers**
January 23, 2010 · 🌐        •••

# Holy Fuck balls! I'm going to Kathy Griffith!!

↗ Share

👍 2

 **Nathaniel Poole-Chvatal**
You mean Griffin?
9y

 **Lisa Marie**
do you mean Griffin?
9y

 **Elizabeth Meyers**
Damn autospeller.
9y

 **Lisa Marie**
I'm so wayyyyyyy jealous!!!  I think she's freaking hilarious!
9y

 **Tom Gibbons**
Are you allowed? I didn't know you were a gay man

Westside-000000483
Highly Confidential

~~gay man.~~

Weird. Facebook reveals all.

9y



Kyle Long
Can you "like" a comment? Cause that was

     



7:07

 Elizabeth Meyers

 **Add Friend**

**Elizabeth Meyers**
May 9, 2011 · 🌐                                  •••

Dear news machine: vilification does not an impartial sharer of news make. Nor does seeking the most inarticulate, poor example of a student on the planet provide an accurate assessment of the education provided at any one institution. Back up, ass clown. Get off our lawn.

 10                                      2 Comments

 Share

 **Elizabeth Meyers** updated her profile picture.     •••
May 1, 2011 · 🌐

Westside-000000484
Highly Confidential





**6:55**                                                          .ıl 📶 🔋

< 🔍 Elizabeth Meyers



Add Friend

~~ Share



**Elizabeth Meyers**                                    •••
December 10, 2013 · Omaha, NE · 🌐

Of all the music I listen to... the song of the day stuck in my
head? I want to walk with Jesus. REALLY?! How about
Walking on Sunshine? Walk the Line? So many other
options. It's downright disappointing.

Westside-000000485
Highly Confidential

12/27/2019

Google Vault - Westside School's Teacher Now Reported To Police

 7

2 Comments

 Share

 **Elizabeth Meyers**
December 9, 2013 · Ralston, NE · 🌐                                    • • •

Wtf. 2013, y'all.

See Translation

*i* About this website

TJCHASE.WORDPRESS.COM
**The Salvation Army starts War.**
Salvation Army says "Gays Need to Be Put to Death"Christ...

 3

16 Comments  2 Shares

     

7:09                                         📶 📶 🔋

‹   🔍  Elizabeth Meyers

Westside-000000486
Highly Confidential

12/27/2019

Google Vault - Westside School's Teacher Now Reported To Police



👍 1

↪ Share

 **Elizabeth Meyers**                     •••
August 6, 2010 · 🌐

"Your best?! Losers are always whining about 'their best.'
Winners go home and fuck the prom queen."

👍 5                                         1 Comment

↪ Share

 **Elizabeth Meyers**                     •••
August 6, 2010 · 🌐

# who's excited for a Saturday meeting?

1 Comment

↪ Share

 **Elizabeth Meyers**                     •••
August 6, 2010 · 🌐

# sudden onset headache.  boo.

1 Comment


↪ Share

Westside-000000487
Highly Confidential

Google Vault - Westside School's Teacher Now Reported To Police

     

**7:19**



‹   🔍  Elizabeth Meyers



Was so excited aboutmy chicfila salad, but for the second time I got the wrong food. Delish, but still...

↪ Share



**Elizabeth Meyers**
January 22, 2010 · 🌐          ⋯

Man there are some winners strolling through Woodbridge this evening. I'm torn for the best one... Giggling Thug life running down the median swinging a wrench or the tap dancing top hat and trench wearing guy with a checkerboard painted in his face. It's a tough call...

1 Comment

↪ Share



**Elizabeth Meyers**
January 21, 2010 · 🌐          ⋯

## Is doing a who-needs-snow-as-long-as-the-roads-freeze dance.

 5                                    1 Comment

Westside-000000488
Highly Confidential

12/27/2019

Google Vault - Westside School's Teacher Now Reported To Police

 Share

 **Elizabeth Meyers**
January 20, 2010 · 🌐

# Awesome dc area recommendations for the weekend anyone?

                    ☰



This email was sent to Schonewise.Enid@westside66.net
why did I get this?   unsubscribe from this list   update subscription preferences
justiceforeverystudent · PO Box 6629 · Omaha, NE 68106-0629 · USA



Westside-000000489
Highly Confidential

12/27/2019                              Google Vault - Westside School's Teacher Now Reported To Police

Westside-000000490
Highly Confidential