10/10/16

※ ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

▮▮▮▮

Issue from last.

Tuesday started receiving communication from students
asking her what she said
 - Reputation has been tarnished
 - concerned in & out side of school

※ Apologize to the other sections - false potrayal of AC character
 - written apology to Abby
     - put AC great risk & danger
         - physical, emotional, trust.

※ Work with individual students          ▮▮▮▮

※ Schedule change 4th pd to Keras.

※ Making up HW
   - get caught up

※ Email classroom teachers "anytime pass"
   to Mr. O if feeling uncomfortable.

※ Jamie keep an eye open for her.



EXHIBIT
9

Olson 000122

Westside-000000235
Highly Confidential

10/5/16

■ ② Towards the end of class wrote for about 1 minute          Agree/disagree
① watched the video Husker player 1-8 minutes, in the video     graded on
                                                                relevancy.

Volunteered
to share

Awkward, started
then we moved
on.

- Abby how white people can't use the N-word  -
    - Abby said it was ignorant can't say word
    - Dumb if a white person says the N-word,
      ~~the~~ people of color get upset & aggressive.
- What Abby talked about had nothing to do with video

Yesterday Ms. Meyers, #
I want to talk about some words heard yesterday,
I was not fond of ... why white people can't say
the N-word. — Meyers explained why can't use N word
  This student said this ..... she's in this class ↘ slavery,,
  and she's not here today.
      - everyone knew what she was talking about.
Spoke about the entire class
    - It's never ok to use the N word.
    - even told us, can't share opinions
No writing in class yesterday

Olson 000123

Westside-000000236
Highly Confidential

2

| 10/5/16 |

Write on our paper our perspective for football player
Meeting. Only for 1 min.
  – It's racist that white people can't say the N-word.
Meyers tried to move topics.
  – it was silent.

---

Tuesday – we talked about it yesterday
we shouldn't say racist / hateful comments →  she gave us a def.
on N-word & explained
LM initiated Tuesday topic.
why we shouldn't say
it.
On Monday supposed to stay neutral, explained
position yesterday.
Mostly have discussions in class
  – race
  – muslims 9/11
  – solving crime scenes.

Olson 000124

Westside-000000237
Highly Confidential

3

10/5/16

awkward / uncomfortable

Raise hands if Questions
- why aren't white people allowed to use the N-word?
Meyers stopped conversation - she was taken back
   - Abby  "I'm not finished?"

Yesterday early in class
- Apologize   should not have been so passive yesterday
- Student ranted on piece of paper why white
   people^cant use N-word.
- gave Meyers what we wrote.
- didn't use Abby's name
- students guessed name.
↳ more specific about what we say or do. Experience before
   in other schools.
- Talked about this topic entire period.
- If I said the things in my head, I could
   get fired.

Teacher was justifying
- told other class
   periods her opinion
- don't this

Lots of discussions, on society, I'm arab/american 9/11
- not a lot of writing  mostly talking
- murder writing
- read & discuss

Olson 000125

Westside-000000238
Highly Confidential

10/5/16

Write about the message of message g injustice.
- about 1 min
- after class (Tues)
I heard her say N-word, Meyers cut her off "You
are done talking.

---

Yesterday
- It was different than any other. We discussed whats
happened on Monday for whole period.
- She made a racist comment - whole class
was surprised.
- read def. of word.
- not ok to use N-word.

Surprised
Uncomfortable

---

Move discussions in class
- short articles related to real world
- we write sometimes
- 2 truths/ lie.

Olson 000126

Westside-000000239
Highly Confidential

5

10/5/16

Abby was trying to relate the interview to racism
If AA believe whites are racist, kind of contradictory
they tell's we can't use the N-word. We tried
to move on, Abby said she wasn't done, LM said
yes you are.

kind of
awkward for
a bit

Yesterday - LM apologized. She should have
addressed it immediately.
Word is offensive - racist towards african Americans

She told other sections about what happened
no names.

Discuss, or topic, taken time for questions
read & discuss
Opinionated writings   1 min prompt ( 1ST time
we've had with video)  with articles.

Olson 000127

Westside-000000240
Highly Confidential

10/5/16

Collected & handed them back. NJ got it back.

Abby said Why can't everyone say the N-word. Teacher was speechless. Called on another student. Didn't know how to respond. – Contemplated student moved.

Didn't say her name, didn't know how to respond to Abby.

I'm apologized to class. Most of class time was focused on Abby's statement.

wrote words on paper – some really bad comments.

Discussions about things happening now days. Current Events, some projects

read articles, write discuss  × 3 / week.

Olson 000128

Westside-000000241
Highly Confidential

7

10/5/16

On the board - experience the day before in 4th
pd. Ranted the day before.
Unneccassary - "white people should use able N-word"
comment !

Mostly for the entire class          the comment was racist.

Accidentally divulged it was a female.          surprised no one
                                                        spoke up.

Did n't hear a thing about it today.

Olson 000129

Westside-000000242
Highly Confidential

8

10/5/16

Yesterday we had a discussion about a student in
a diff. period ⬤ between Student & Ms. Meyers 4th pd.
Girl - Kids were talking about it today.
. Most of class discussion ⬤ was around 4th pd.

After the /min response, students abused
girl went on a rant, said some words (Meyers
said N-word). Meyers taught
Meyers described word or phrase as a racist
comment.

Discussions
  Activities, partner activities
  Some reading - articles - share opinions
  Only writing are minute responses. - a few

Olson 000130

Westside-000000243
Highly Confidential

9

10/2

Asking for Meyers to Resign

                                                    Violated state law

apologize to her students & their parents.   Violated professional conduct.
   "        to  Abby.
   "     "    AC family.


Look @ it as abusive towards my daughter
   —defamation *
   — slander
   — libel


will file complaint to State BOE.

Olson 000131

Westside-000000244
Highly Confidential

10

10/12/16

Monday
- AC volunteered to share
    - started, not sure how to say this without being
      offensive
    - opened with statement,
        - black people are ... anti police, non law
          abiding citizens
        - why white people can't use N-word.
    - I stepped in & said she was done
        - "I'm not finished"
            - yes you are.

Tuesday
    - talked about how our conversation
        - how we respond in a way for folks to
          hear each other
        - made statements about the use of the N-word
        - taught the class(es) about the true meaning
        - frustration about I didn't handle Monday
          appropriately.
    - students had questions,
        - in her section, referred to Abby  no
          mention.
        - specific mention of her name.

Olson 000132

Westside-000000245
Highly Confidential

Tues -
- Culturally appropriate?
  - taught the use of the word can be used
    hurtful. (students) were confused
- Historically speaking
  - dictionary.com - single most offensive word
    in English language
  ~

Conferences
  - embarrassing for me
    - they were angry, public area
    - Abby was smug
An apology would embarrass me in public light.
  - as a class, we've moved on
    - what does that look like?
      - does it help her

Olson 000133

Westside-000000246
Highly Confidential

10/12/16 AC

The topic hasn't come up yet
- nothing aggressive

-1st
- she brought it up
- a few people came up to her & said she heard what Meyers said.

Tues rating
- 4 because my friends didn't know all of the info.

Wed rating
- 6 because ...

Olson 000134

Westside-000000247
Highly Confidential

13

10/18/16

Crozier Mtg @ ABC

Don't have my best friends anymore
- AC comes to terms with new normal of not having friends
- reputation hasn't been restored
- AC relationships are all different.
   - not being included in social events
   - haunted house
- really wishing I was shopping with my friends

Just want something to work

SOLUTIONS

① Still want Meyers to apologize to AC -- with mom/dad present
② RO to discuss situation with
③ RO to follow-up with Cramer – Brink about JC
④ RO to follow-up with Children's B.H.  scan pamphlet

Olson 000135

Westside-000000248
Highly Confidential

14

11/2/16   Warren

Letter, give situation some time,
  AC respond with her day was ok.
    - share a story of something happening
      - earlier in the even. ok - but not really
        ok.
Came home & said she didn't want to go to school.
  - WC give her one more week.
    - not comfortable pushing the situation

The plan was confusing -
  - ran out of time, ran ~~out~~ its course

Counseling - hadn't
decided if that is
a viable option

I feel comfortable her not going to school. She is
happier @ home. Her last 2 friends are now distant.
Meyers gets batch of kids every year. AC with the
same cohort.
Unfair, children have to policy.

Home school process      July 15th
  - confirmation email from STATE she is enrolled.
    - will forward Email from Home school network

Olson 000136

Westside-000000249
Highly Confidential

15

Other daughter is going to stay @ WMS - Jaimie

If we get AC @ home school -- not sure if she will attend
WHS.

   - WMS just wasn't working for her @ the end.
     - she felt nervous / anxious.
      - couldn't be herself
      - felt people were judging

16

Olson 000137

Westside-000000250
Highly Confidential

*10-18-16*

Notes from meeting with Crozier parents

- ➤ Parent met with Liz at conferences. Quinn came over. Then, Russ visited for 30 seconds
- ➤ School met with them 3 times

Parents Concerns – What ████ said was taken it out of context.
- ➤ Branded racist
- ➤ Kids know it was ████ who Ms. Meyers was referring to

Social Bullying – Threats, social media
- ➤ As a result of Liz's comments
- ➤ Evidence of threat??

████ – had some rough spots . .
- ➤ Parents want an apology to all students and then from Ms. Meyers

LIZ
Written responses. Current Events.
- ➤ Injustice   English (National Anthem)
- ➤ Showed video → Husker vision/ social media – used Rubric
- ➤ Why do you think
- ➤ She volunteered to share , "Why white people can't use the "N" word"
- ➤ "I didn't know how to say this. . ."
- ➤ "N" word meant ignorant

Next Day
- ➤ what she has said was random
- ➤ even friend said it wasn't connected
- ➤ She didn't turn in her writing
████ – was ill
First hour class was talking

Another student said → ████ talked about that it didn't have to do with video
→ generalize – all blacks get aggressive when whites use "N" word.

Liz → Not the intent, wanted it to be a learning moment. . . .

Liz mentioned 4th period → Trying to make a learning moment. Reflecting she would have done it differently.

1

Schonewise 000055

Westside-000000492
Highly Confidential

*17*

**After Conferences**

- ➤ Started to apologize, that students were putting together the follow up discussion and tying that to the 4th hour.
- ➤ Our goal is to work and teacher students individually, and to show how to appropriately with regard to sensitive topics.

- ➤ ████ - moved from the video to her personal.
- ➤ We believe Ms. Meyers was appropriate to limit the discussion.
    - o Talk with her one + one
    - o Follow up classes, general in lecture tied to video

- ➤ Parents
    - o You have to talk with Ms. Meyers – she does wish this hadn't happened.

2

Schonewise 000056

Westside-000000493
Highly Confidential

1-8

- ➢ Mr. Olson worked to resolve the situation
- ➢ Students → Mr. Olson → Counseling and apologizing to students about following discussions if student felt that it interfered in any way that ███ was insensitive or racist in any way
  - o We have and can resolved issues such as this
- ➢ Moved ███ to another section
- ➢ Provided her access to guidance
- ➢ Offered to get Admin and SRO involved is any threats were made, that they already verified & addressed
- ➢ Mr. Olson has met with many students to gather information
- ➢ Mr. Olson met with students to counsel and assist in resolving any misconceptions or peer problems. Explaining and apologizing to students for this situation
- ➢ Mr. Olson will continue to be available to address future concerns.
- ➢ Involved department leader and Director of Secondary Instruction to review <u>Guidelines</u> for Curriculum, to avoid this happening ever again.


- ➢ We are working with the staff member to assure this type of incident doesn't happen again. It is a personnel matter, so unfortunately, we can't be specific, but can assure you we take this very seriously.

3

Schonewise 000057

Westside-000000494
Highly Confidential

Enid's Notes
- ➤ Been in communication with Mr. Olson
- ➤ Reviewed all of his notes from meetings he has had with you, Ms. Meyer and the students he visited with.                                    (
  - o Thanks for your patience
  - o Thanks Mr. Olson
  - o Apologize that this has been so stressful *and* that this happened to ▮▮▮.
- ➤ Video
  - o Writing prompt
  - o Volunteered to share – theme of derogatory generalized
  - o Ms. Meyer stopped her – moved to use of the end word.

Concern
- ➤ Mentioned it to classes later, as a teaching moment. Based on comments students in hall – "N" word meaning ignorance. Concerned

- ➤ Mr. Olson visited with several students, which stated comments were derogatory, not really connected, random, made them feel uncomfortable.

- ➤ We want all students to learn and how to thoughtfully, appropriately, and respectfully be able to communicate their thoughts and opinions, while being respectful to others, without disrupting the learning environment and learn.
  Not her intention to make anyone feel bad or bring attention to
  Ms. Meyer realizes this assignment and the discussions after didn't go as intended. She wishes she would have done things differently.

4

2 0

Schonewise 000058

Westside-000000495
Highly Confidential

Warren C. · concerning 2-20-17

Daughters ██████████████████

*Meyers → called, Thump Chito

* ████████ → Aug¹ Jan 23rd "Stend" Trump's use
of Alternate facts, means he's a liar.

* Article in Rolling Stone.

* Meyers — "Naked officer Darius rors off it cop"
Title combo Assignment

* Video of a student choking another
on Stage, while staff member watched.

* Dr. McLam answered but didn't call
back.

* Ms. Quan, said "Need to get my ducks in order"
Other Families?

Schonewise 000059

Westside-000000496
Highly Confidential

2-20-17

Thank you for coming to meeting. You expressed several concerns, two of which you had direct knowledge

We reiterated ▬ is welcome at Westside.. She is allowed to attend and we would work w/ you to assist her if needed, to assure success.

Based on past communication, would like correspondence to come to me in writing. (Not on cell phones or through VM)

We want constructive communication. We need to limit interruptions w/staff as they are working w/ 1000 students at WMS

We are limited on what we can share. Can't share info about other students or staff personnel information

Schonewise 000060

Westside-000000497
Highly Confidential

22



**Westside**
Community Schools

November 18, 2016

Liz Meyers
501 Park Ave #129
Omaha NE 68105

RE: Follow-up from conversation on October 5, 2016

Dear Liz:

In our meeting that took place, Wednesday October 5, 2016 we discussed the incident in your class on October 3, 2016 and the subsequent conversations about student behavior on the following day. In our conversation, you admitted to sharing details of a discipline matter to students in other sections.

I explained the importance of conducting appropriate lessons, confidentiality, and professionalism. This meeting was a discussion to make sure you are aware of the proper policies, procedures and protocol for Westside Community Schools; and to provide you with suggestions on how conduct appropriate lessons, student discipline, and confidentiality.

As a reminder, in the future it is my expectation that you adhere to the following District expectations when working with your students to help promote the growth of WMS.

Standard 2: Planning and Preparation. *The teacher integrates knowledge of content, pedagogy, students, and standards with the established curriculum to set high expectations and develops rigorous and relevant instruction for all students that supports the growth of student learning, development, and achievement.* Standard 6: Professionalism. *The teacher acts as an ethical and responsible member of the professional community.*

This is a written warning. Failure to follow the previous expectations may result in the creation of an Assistance Plan for support or possible disciplinary actions.

It is my hope that we can move forward as a positive team. If you have any questions please let me know. You can also contact Human Resources at hrdept@westside66.net.

Respectfully,

Enid Schonewise, Ed.D.
Assistant Superintendent of Human Resources
Westside Community Schools

Administration Office
909 South 76th Street
Omaha, NE 68114-4599
pho 402.390.2100
fax 402.390.2136
www.westside66.org

DISTRICT 66, EXCELLENCE IN EDUCATION SINCE 1947

Schonewise 000071

Westside-000000271
Highly Confidential

23