IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WARREN D. CROZIER, PAULA M. CROZIER, and ABBY CROZIER, | Case No. 8:18CV541 |
| Plaintiffs, | MOTION TO COMPEL |
| vs. | |
| WESTSIDE COMMUNITY SCHOOLS DISTRICT; ELIZABETH MEYERS, In her individual capacity; RUSSELL OLSEN, in his individual capacity; ENID SCHONEWISE, in her individual capacity, and BLANE MCCANN, in his individual capacity; | |
| Defendants. | |

Plaintiffs hereby respectfully request the Court, pursuant to Fed. R. Civ. P. 26(b)(1), Fed. R. Civ. P. 37, and NECivR 7.1(a) and 7.1(j), to grant an order compelling Defendants to produce non-redacted documents relating to Defendants' investigation(s) of Plaintiffs' claims arising from the events in Plaintiffs' Complaint. Examples of the documents at issue are contained in Plaintiffs' Index of Evidence.

WHEREFORE, Plaintiffs pray that the Court grant Plaintiffs' Motion to Compel unredacted investigatory notes and the names of the witnesses contacted in Defendants' investigation(s) in response to Plaintiffs' discovery requests.

DATED this 10th day of June, 2022.

WARREN D. CROZIER, PAULA M. CROZIER, and ABBY CROZIER, Plaintiffs.

By:     /s/Ari D. Riekes
        Ari D. Riekes #23096
        Kristina B. Murphree, #18373
        GROSS WELCH MARKS CLARE, PC, LLO
        1500 Omaha Tower

2120 South 72nd Street
Omaha, Nebraska 68124
Phone: 402-392-1500
Fax:   402-392-8101
E-Mail:  ariekes@gwmclaw.com
            kmurphree@gwmclaw.com
Attorneys for Plaintiff


**<u>Certificate of Service</u>**

I hereby certify that on June 10, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Cassandra M. Langstaff: Cassandra.langstaff@koleyjessen.com
Margaret C. Hershiser:  Margret.hershiser@koleyjessen.com
John M. Lingelbach:  John.Lingelbach@koleyjessen.com