IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WARREN D. CROZIER, PAULA M. CROZIER, for minor A.C.; and ABBY CROZIER,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTSIDE COMMUNITY SCHOOL DISTRICT, ELIZABETH MEYERS, In her individual capacity; RUSSELL OLSEN, in his individual capacity; ENID SCHONEWISE, in her individual Capacity; and BLANE MCCANN, in his individual capacity;<br><br>Defendants. | 8:18CV541<br><br>ORDER |

IT IS ORDERED: Plaintiffs' Motion to Compel is granted. (Filing No. 136). The court finds the applicable records are subject to the FERPA notice requirements and the unredacted records shall be disclosed in the manner identified in the parties' agreed protective order. (Filing No. 138).

Dated this 20th day of July, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge