IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WARREN D. CROZIER, PAULA M. CROZIER, for minor A.C.; and ABBY CROZIER,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTSIDE COMMUNITY SCHOOL DISTRICT, ELIZABETH MEYERS, In her individual capacity; RUSSELL OLSEN, in his individual capacity; ENID SCHONEWISE, in her individual Capacity; and BLANE MCCANN, in his individual capacity;<br><br>Defendants. | **8:18CV541**<br><br>**ORDER** |

On January 11, 2023, Plaintiffs filed a motion to compel compliance with discovery requests to the Nebraska Department of Education. (Filing No. 151). Plaintiffs also filed a motion asking that the motion to compel (Filing No. 152), the brief in support of the motion to compel (Filing No. 153), and the index of evidence in support of the motion to compel (Filing No. 153) be filed under seal. Plaintiffs assert the motion should be filed under seal "in consideration of the Defense's needs for confidentiality" under the current protective order. (Filing No. 151, citing Filing No. 138).

In this court, documents filed under seal can be viewed by the <u>court only</u> and documents filed under restricted access can be viewed by case participants and the court. There is no argument that Defendants should not have access to the information contained Filing Nos. 152, 153, and 154. These filings will therefore be filed under restricted access.

On November 22, 2022, Abby Crozier informed the court that she wished to receive mailed notice of case filings at Paula and Warren Crozier's address in Omaha, NE. (Filing No. 145, audio file at 28:00). On November 28, 2022 ([Filing No. 147](#)), January 3, 2023 ([Filing No. 150](#)) and January 12 ([Filing No. 155](#)), the court's mailings to Abby Crozier (in her own name, and also sent "c/o Paula Crozier") at the Omaha address provided were returned as undeliverable. The stickers on the envelopes are marked "return to sender' and indicate forwarding service to Abby Crozier's address in North Carolina has ended.

Based on the record before the court, Plaintiff Abby Crozier has failed to keep the court apprised of her current address as required under the Local Rules. See NEGenR 1.3(e) and (g). Abby Crozier, a self-represented party, cannot prosecute her case in this forum if she cannot personally receive copies of the court's orders or Defendant's filings.

IT IS ORDERED:

1) Plaintiffs' motion to seal Filing Nos. 152, 153, and 154 is denied in part. The filings will not be sealed, but are filed under restricted access.

2) The Clerk shall mail a copy of this order to Plaintiffs Warren and Abby Crozier at their addresses of record.

3) Plaintiff Abby Crozier is given until February 2, 2023 to provide a current address to the court or show cause why the court should not dismiss her claims for want of prosecution and for failing to keep this court apprised of a current address as required under the court's rules. The failure to timely comply with this order may result in dismissal of the claims filed by Abby Crozier without further notice.

Dated this 12th day of January, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge