IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WARREN D. CROZIER, PAULA M. CROZIER, for minor A.C.; and ABBY CROZIER, | |
| Plaintiffs, | 8:18CV541 |
| vs. | ORDER |
| WESTSIDE COMMUNITY SCHOOL DISTRICT, ELIZABETH MEYERS, In her individual capacity; RUSSELL OLSEN, in his individual capacity; ENID SCHONEWISE, in her individual Capacity; and BLANE MCCANN, in his individual capacity; | |
| Defendants. | |

This matter comes before the court on the Plaintiffs' motion to compel compliance with a third-party subpoena to the Nebraska Department of Education. (Filing No. 151). The Nebraska Department of Education has not voluntarily responded to the motion. Upon review of the motion and supporting materials, the motion is denied as not properly served.

Also before the court is a review of the Notice of Change of Address filed by Plaintiff Paula Crozier on behalf of Plaintiff Abby Crozier. (Filing No. 157). As the court has repeatedly stated, the pro se plaintiffs cannot file on behalf of one another. So, Paula Crozier's filing on behalf of Abby Crozier will be stricken.

Abby Crozier will be granted another, but final, opportunity to comply with the January 12, 2023 Order (Filing No 156).

IT IS ORDERED:

1. Plaintiffs' motion to compel (Filing No. 152) is denied.

2. Filing No 157, Notice of Change of Address, is stricken.

3. On or before February 2, 2023, Abby Crozier must personally comply with the January 12, 2023 Order (Filing No 156). If she fails to do so, her claims will be dismissed with prejudice.

Dated this 30th day of January, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge