IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WARREN D. CROZIER, PAULA M. CROZIER, for minor A.C.; and ABBY CROZIER,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTSIDE COMMUNITY SCHOOL DISTRICT, ELIZABETH MEYERS, In her individual capacity; RUSSELL OLSEN, in his individual capacity; ENID SCHONEWISE, in her individual Capacity; and BLANE MCCANN, in his individual capacity;<br><br>Defendants. | **8:18CV541**<br><br>**AMENDED ORDER** |

Plaintiffs have filed motions to compel the Nebraska Department of Education to respond to the subpoena served on the Department by Plaintiffs. The motions to compel were served only on counsel for the defendants. The deadline for responding to the motions to compel has passed. Neither the defendants nor the Nebraska Department of Education have responded to the motions. See Filing Nos. 162, 164, and 166.

Plaintiffs also move for a hearing to discuss 16 broad topics. Although Plaintiffs filed no briefs in support of their motions, the court has reviewed the topical listing in the motions themselves. Therein, Plaintiffs ask the court to explain how they can litigate this case moving forward—legal advice that the court cannot provide. Plaintiffs also ask for clarification or an explanation of prior orders and rulings, and/or for reconsideration of those rulings. The court will not reconsider its past rulings absent some reasonable justification for doing so. The

orders themselves are written clearly, and the court's rules, practices, and expectations are further outlined in detail in the Nebraska Civil Rules and the magistrate judges' posted case management practices. Finally, Plaintiffs' motions for a hearing seek a forum to assert and re-assert the perceived wrongs committed against Plaintiffs by the court, defense counsel, and the attorneys previously appointed by the court to represent the plaintiffs. See Filing Nos. 172, 173, and 174.

Upon consideration of the motions,

IT IS ORDERED:

1) Plaintiffs' motions to compel, (Filing Nos. 162, 164, and 166), are denied for lack of proper service on the responding entity.

2) Plaintiffs' motions for a hearing, (Filing Nos. 172, 173, and 174), are denied.

Dated this 2nd day of March, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge